**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Joseph Benge,<br><br>             Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>             Defendants. | No. CV 14-00402-PHX-DGC (BSB)<br><br>**ORDER** |

**IT IS ORDERED** that a status conference will be held in this case on **August 18, 2016 at 2:00 p.m.** before The Honorable David G. Campbell, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003.

Dated this 11th day of August, 2016.

_____
David G. Campbell
United States District Judge